UNITED STATES DISTRICT COURT       b

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CROP PRODUCTION SERVICES, INC. | CIVIL ACTION NO. 1:16-CV-00905 |
| VERSUS | JUDGE JAMES |
| B & T FARMS, INC., *ET AL.* | MAGISTRATE JUDGE PEREZ-MONTES |

REPORT AND RECOMMENDATION

Before the Court are: (1) a "Motion to Dismiss Joseph Blake Lively's Third-Party Complaint," with prejudice, pursuant to Fed. R. Civ. P. rule 12(b)(6), filed by Third-Party Defendants Franklin State Bank and Clark McCain (Doc. 33); (2) a "Motion to Dismiss Claims Against Third Party Defendants Franklin State Bank and Clark McCain," without prejudice, filed by Blake Lively (Doc. 47); and (3) Joseph Blake Lively's "Motion for Leave to File Opposition" to the motion filed by the Third-Party Defendants (Doc. 48).

During oral argument, the parties advised the Court that they have agreed to: (1) dismiss Lively's Third-Party Complaint against Clark McCain with prejudice (Doc. 33); (2) dismiss Lively's Third-Party complaint against Franklin State Bank without prejudice (Doc. 33); (3) deny Lively's Motion to Dismiss Claims Against Third-Party Defendants as moot (Doc. 47); and (4) deny Lively's Motion for Leave to File an Opposition (Doc. 48) as moot.

Accordingly, IT IS RECOMMENDED that the motion to dismiss (Doc. 33) filed by Franklin State Bank and Clark McCain be GRANTED IN PART AND DENIED IN PART, that Lively's Third-Party Complaint against McCain be DISMISSED WITH PREJUDICE, and that Lively's Third-Party Complaint against Franklin State Bank be DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER RECOMMENDED that Lively's "Motion to Dismiss Claims Against Third-Party Defendants" without prejudice (Doc. 47) be DENIED AS MOOT.

IT IS FURTHER RECOMMENDED that Lively's "Motion for Leave to File Opposition" (Doc. 48) be DENIED AS MOOT.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), parties aggrieved by this Report and Recommendation have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs (such as supplemental objections, reply briefs, etc.) may be filed. Providing a courtesy copy of the objection to the undersigned is neither required nor encouraged. Timely objections will be considered by the District Judge before a final ruling.

Failure to file written objections to the proposed findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana on this __21st__ day of March, 2017.

                                                  Joseph H.L. Perez-Montes
                                                  United States Magistrate Judge