UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CROP PRODUCTION SERVICES, INC. | CIVIL ACTION NO. 16-0905 |
| VERSUS | JUDGE ROBERT G. JAMES |
| B & T FARMS, L.L.C., ET AL | MAG. JUDGE JOSEPH PEREZ-MONTES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that the Motion to Dismiss Joseph Blake Lively's Third Party Complaint [Doc. No. 33] filed by Defendants Franklin State Bank and Clark McCain is GRANTED, and Third Party Plaintiff Joseph Blake Lively's claims against Defendants Franklin State Bank and Clark McCain are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion to Dismiss Claims against Third Party Defendants [Doc. No. 47] filed by Third Party Plaintiff Joseph Blake Lively is DENIED as MOOT.

IT IS FURTHER ORDERED that the Motion for Leave to File an Opposition [Doc. No. 48] filed by Third Party Plaintiff Joseph Blake Lively is DENIED as MOOT.

Monroe, Louisiana, this 10th day of April, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE